
UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY S. EMBERLIN, | CIV. 06-04136 |
| Plaintiff, | |
| vs. | AMENDED ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Defendant, Michael J. Astrue, Commissioner of Social Security, having moved the Court pursuant to Federal Rule of Civil Procedure 60(a) to amend the Court's Order dated April 14, 2009 to separate costs and expenses, and good cause appearing therefor, it is hereby

ORDERED that the Court's Order dated April 14, 2009 is hereby amended insofar as the $422.19 designated as costs shall be redesignated as $18.69 in expenses and $403.50 in costs.

Dated: April 29, 2009.

BY THE COURT:

LAWRENCE L. PIERSOL
DISTRICT COURT JUDGE

ATTEST: JOSEPH A. HAAS
CLERK OF COURT:

by: _____, Deputy
(SEAL)